# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

JOHNETTE C. LEWIS,

        Plaintiff,

vs.

J-N-J GROCERY,
TA JOHNSON LTD,
and DOES 1-5,

        Defendants.

8:15CV397

ORDER

This matter is before the court on the plaintiff's Motion to Proceed in District Court Without Prepaying Fees or Costs (Filing No. 2). Part of the motion form includes an affidavit regarding the plaintiff's financial status. Upon consideration,

**IT IS ORDERED**:

The plaintiff's Motion to Proceed in District Court Without Prepaying Fees or Costs (Filing No. 2) is granted; accordingly, the plaintiff shall be allowed to proceed without payment of the filing fee.

Dated this 3rd day of November, 2015.

        BY THE COURT:

        s/ Thomas D. Thalken
        United States Magistrate Judge